UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-CR-190-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | NOTICE |
| ALLIE ELLINGTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that pursuant to 18 U.S.C. § 3664(d)(5) and <u>Dolan v. United States</u>, ___ U.S. ___, 130 S. Ct. 2533 (2010), and as indicated in open court on April 13, 2011, and again on May 23, 2011, the Court hereby issues notice that restitution will be ordered in this case as required by 18 U.S.C. § 2259. The Court anticipates that a final order of restitution will not be issued within 90 days of the sentencing hearing which occurred on April 13, 2011.

Signed: May 25, 2011

Frank D. Whitney
United States District Judge