UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-CR-190-FDW

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO UNSEAL |
| ALLIE ELLINGTON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. Previously, the Court issued an Order in this case for supplemental briefing. (Doc. No. 53). That Order was originally issued under seal. Upon review of the Order by the Court, and after consultation with the parties, that Order, (Doc. No. 53) is hereby UNSEALED. Any copy of that Order that is used in any capacity shall contain a copy of this Order to Unseal as an attachment and/or shall have two lines drawn, typed, or otherwise placed through the references to sealing in the Order's case caption and signature block, as well as through the entire last sentence of the Order that references sealing.

IT IS SO ORDERED.

Signed: August 19, 2013

Frank D. Whitney
Chief United States District Judge